# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

FUNCTIONAL HIIT FITNESS, LLC

    *Plaintiff/Counter-defendant*,

v.

F45 TRAINING INCORPORATED,
    *Defendant/Counter-plaintiff/third-party plaintiff*

and
~~ADAM GILCHRIST, ROBERT DEUTSCH,~~ MARC MARANO~~, LUKE ARMSTRONG and NICK ABRAHAMS~~,

    *Defendant.*

v.

DONALD JORDAN,

    *Third-party Defendant*

Case No. 5:22-cv-10168
Hon. F. Kay Behm
Mag. J. Kimberly G. Altman

## **STIPULATION TO REOPEN CASE TO ISSUE FINAL ORDER**

Plaintiff Functional HIIT Fitness, LLC ("Functional"), Defendant F45 Training Incorporated ("F45") stipulate to an order reopening the case so that they may submit a final order resolving all claims by and between them.

1

AUGUST LAW, PLLC


By: \_\_\_\_/s/ Gary K. August_____
Gary K. August (P48730)
Attorney for Plaintiff and Donald Jordan
363 W. Big Beaver Road, Suite 410
Troy, MI 48084
(248) 833-6225
gaugust@august-law.com

RUBERTO, ISRAEL & WEINER, P.C.
Ari N. Stern (Admitted E.D. Mich.)
255 State Street, 7th Floor
Boston, MA 02109
(617) 570-3545
ans@riw.com


LATHROP GPM LLP

/s/ Michael L. Strum_____
Michael L. Sturm (admitted in E.D. Mich.)
The Watergate, Suite 700
600 New Hampshire Ave., NW
Washington, DC 20037
(202) 295-2241
Michael.sturm@lathropgpm.com

2

>Richard C. Landon (admitted in E. D. Mich.)
>LATHROP GPM LLP
>80 South 8th Street
>3100 IDS Center
>Minneapolis, MN  55402
>(612) 632-3429
>Richard.landon@lathropgpm.com
>
>Andrew M. Creal (P83806)
>MADDIN, HAUSER, ROTH & HELLER, P.C.
>28400 Northwestern Highway
>Suite 200 – Essex Centre
>Southfield, MI  48034
>(248) 354-4030
>jmackenzie@maddinhauser.com
>
>*Attorneys for F5 Training Inc. and Marc Marano*

Dated:  August 29, 2025

## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

FUNCTIONAL HIIT FITNESS, LLC

  *Plaintiff/Counter-defendant,*

v.

F45 TRAINING INCORPORATED,
  *Defendant/Counter-
  plaintiff/third-party plaintiff*

and
~~ADAM GILCHRIST, ROBERT DEUTSCH,~~ MARC MARANO~~, LUKE ARMSTRONG and NICK ABRAHAMS~~,

  *Defendant.*

v.

DONALD JORDAN,

  *Third-party Defendant*

Case No. 5:22-cv-10168
Hon. F. Kay Behm
Mag. J. Kimberly G. Altman

## **STIPULATED ORDER TO REOPEN CASE TO ISSUE FINAL ORDER**

Pursuant to the stipulation of the Plaintiff Functional HIIT Fitness, LLC and Defendant F45 Training Incorporated, and for good cause shown, the Court hereby ORDERS that this case is reopened so that the parties can submit a final

4

order.

      IT IS SO ORDERED.

Dated: September 3, 2025                      <u>s/F. Kay Behm</u>
                                                F. Kay Behm
                                                United States District Judge