**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

FUNCTIONAL HIIT FITNESS, LLC

     *Plaintiff/Counter-defendant,*

v.

F45 TRAINING INCORPORATED,
    *Defendant/Counter-
    plaintiff/third-party plaintiff*

*and*
~~ADAM GILCHRIST, ROBERT
DEUTSCH,~~ MARC MARANO~~, LUKE
ARMSTRONG and
NICK ABRAHAMS~~,

    *Defendant.*

v.

DONALD JORDAN,

    *Third-party Defendant*

Case No. 5:22-cv-10168
Hon. F. Kay Behm
Mag. J. Kimberly G. Altman

## STIPULATION TO DISMISS CASE WITH PREJUDICE

Plaintiff Functional HIIT Fitness, LLC ("Functional") Defendant F45 Training Incorporated ("F45") hereby stipulate to entry of an order dismissing all of Functional's claims against F45 *with prejudice*, and with each party bearing their own costs and fees.

AUGUST LAW, PLLC

1

By: ___/s/ Gary K. August_____
Gary K. August (P48730)
Attorney for Plaintiff and Donald Jordan
363 W. Big Beaver Road, Suite 410
Troy, MI 48084
(248) 833-6225
gaugust@august-law.com


RUBERTO, ISRAEL & WEINER, P.C.
Ari N. Stern (Admitted E.D. Mich.)
255 State Street, 7th Floor
Boston, MA 02109
(617) 570-3545
ans@riw.com



LATHROP GPM LLP

*/s/     Michael L. Sturm*_____
Michael L. Sturm (admitted in E.D. Mich.)
The Watergate, Suite 700
600 New Hampshire Ave., NW
Washington, DC 20037
(202) 295-2241
Michael.sturm@lathropgpm.com

Richard C. Landon (admitted in E. D. Mich.)
LATHROP GPM LLP
80 South 8th Street
3100 IDS Center
Minneapolis, MN  55402
(612) 632-3429
Richard.landon@lathropgpm.com

Andrew M. Creal (P83806)
MADDIN, HAUSER, ROTH & HELLER, P.C.
28400 Northwestern Highway
Suite 200 – Essex Centre
Southfield, MI  48034
(248) 354-4030
jmackenzie@maddinhauser.com

*Attorneys for F5 Training Inc. and Marc Marano*

Dated:  September 3, 2025

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| FUNCTIONAL HIIT FITNESS, LLC | Case No. 5:22-cv-10168 |
| | Hon. F. Kay Behm |
| *Plaintiff/Counter-defendant*, | Mag. J. Kimberly G. Altman |

v.

F45 TRAINING INCORPORATED,
    *Defendant/Counter-*
    *plaintiff/third-party plaintiff*

*and*
~~ADAM GILCHRIST, ROBERT~~
~~DEUTSCH,~~ MARC MARANO~~, LUKE~~
~~ARMSTRONG and~~
~~NICK ABRAHAMS~~,

    *Defendant.*

v.

DONALD JORDAN,

    *Third-party Defendant*

## STIPULATED ORDER DISMISSING CASE WITH PREJUDICE

Pursuant to the stipulation of the parties, and for good cause shown, the

Court hereby ORDERS that this case, including all claims asserted by Plaintiff

Functional HIIT Fitness, LLC against Defendant F45 Training Incorporated, are

dismissed *with prejudice*, with each party bearing their own costs and fee.

4

5

IT IS SO ORDERED.

s/F. Kay Behm
F. Kay Behm
United States District Judge

Dated: September 4, 2025